UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SAGE DINING SERVICES, INC.,

                              Plaintiff,

v.                                                          **ORDER**

ASH RESTAURANT GROUP, INC.,           17-cv-09738 (PMH)

                              Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      This matter has recently been reassigned to me. The parties were directed to submit an update to the Court regarding Defendant's bankruptcy by November 15, 2019. (Doc. 26). No update has been submitted. The parties are directed to submit a joint letter to the Court via ECF concerning the status of this action by April 27, 2020.

                                                       **SO ORDERED.**

Dated:  New York, New York
         April 13, 2020

                                                        Philip M. Halpern
                                                       United States District Judge